UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANUEL THOMAS,<br><br>                     Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                     Respondent. | Case No. C11-2171-RSM<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus is **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2); and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 2nd day of November 2012.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1